**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| MARC J. STOUT,                    ) | |
|                                                   ) | |
|       Plaintiff,           ) | |
| v.                                             ) | Civil Action No. 3:21-cv-399 |
|                                                   ) | |
| FIRST SGT. DANIEL HARRIS  ) | |
|                                                   ) | |
|       Defendant.        ) | |

## DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL

The defendant, First Sgt. Daniel Harris, by counsel, moves substitute William W. Tunner, Michael G. Matheson, Matthew T. Anderson, and the law firm of Thompson McMullan, P.C. in the place of Debra S. Stafford and the Hudgins Law Firm, P.C. as his counsel. The reasons are stated in the Memorandum filed herewith.

                                                                                             FIRST SGT. DANIEL HARRIS

                                                                                             By: /s/ Debra S. Stafford_____
                                                                                             Debra S. Stafford (VSB No. 43175)
                                                                                             HUDGINS LAW FIRM, P.C.
                                                                                             2331 Mill Road, Suite 100
                                                                                             Alexandria, Virginia 22314
                                                                                             Telephone: (703) 739-3300
                                                                                             Facsimile: (703) 739-3700
                                                                                             dstafford@hudginslawfirm.com

By: /s/ Matthew T. Anderson
William W. Tunner (VSB No. 38358)
Michael G. Matheson (VSB No. 82391)
Matthew T. Anderson (VSB No. 86322)
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804) 698-7545
Facsimile: (804) 780-1813
wtunner@t-mlaw.com
mmatheson@t-mlaw.com
manderson@t-mlaw.com
*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed this 30th day of September, 2021 via the CM/ECF system. I further certify that, this same day, I mailed a copy to the following party:

Marc Stout
30 Willow Branch Place
Fredericksburg, Virginia 22405
Telephone: (540) 408-9952
formulafocused@gmail.com
*Plaintiff Pro Se*

By: /s/ Debra S. Stafford_____
Debra S. Stafford (VSB No. 43175)
HUDGINS LAW FIRM, P.C.
2331 Mill Road, Suite 100
Alexandria, Virginia 22314
Telephone: (703) 739-3300
Facsimile: (703) 739-3700
dstafford@hudginslawfirm.com

By: /s/ Matthew T. Anderson_____
William W. Tunner (VSB No. 38358)
Michael G. Matheson (VSB No. 82391)
Matthew T. Anderson (VSB No. 86322)
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804) 698-7545
Facsimile: (804) 780-1813
wtunner@t-mlaw.com
mmatheson@t-mlaw.com
manderson@t-mlaw.com
*Counsel for Defendant*